THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATSY GUARIGLIA, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted April 10, 1950; decided May 18, 1950.

*Harry G. Anderson* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.